Motion denied.          Ex parte
Haywood.

(a) *Corporation of New York* v *Dawson,* (2 John. Cas. 335,) and the
cases there cited.

---

### *Ex parte* HAYWOOD.

HAYWOOD sued Miller before a Justice of Columbia;      Under    the
Miller pleaded the general issue, and a special plea.   To   act, sess. 47,
                                                             ch. 238, s. 36,
the latter, there was a demurrer, upon which the justice   38, an appeal
                                                             lies in all ca-
gave judgment against Haywood, who appealed to the   ses,   whether
Columbia Common Pleas; but that Court quashed the ap-   the judgment
                                                             of the justice be
peal upon the authority of *Peters* v. *Parsons,* (18 John.   upon an issue
                                                             of law or fact
Rep. 140;) and *Breese* v. *Williams,* (20 id. 280.)  And now,

*D. B. Tallmadge,* moved (*ex parte*) for an alternative
mandamus commanding that Court to set aside the rule
by which they ordered the appeal to be quashed; and to
proceed upon the appeal.  He said the cases relied upon
were under the act of 1818, (sess. 41, ch. 94, s. 17 and 18,
p. 82,) which differed from the late act, sess. 47, ch. 238, s.
36, 37, 38, p. 294, 5, 6.)  And

*The Court* were clearly of this opinion.  They said the
cases cited went upon the construction of the 17th, 18th,
and 19th sections of the act of 1818; but the provisions
of the act of 1824 are materially different.  The 38th sec-
tion provides expressly, that all issues in law upon appeal
shall be tried by the Court; and all issues of fact by a
jury.  The pleadings are in all cases to be the same as
those before the Justice.  There can be no mistake, there-
fore, as to the intention of the legislature, that an appeal is
the remedy in all cases, whether the judgment be upon
an issue of law or of fact.  Let an alternative manda-
mus go.

Motion granted.